LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN: 144074)
Renee V. Masongsong (SBN: 281819)
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
(818) 347-3333 – Telephone
(818) 347- 4118 – Facsimile
Emails: dalekgalipo@yahoo.com
         rvalentine@galipolaw.com

LAW OFFICE OF SHARON J. BRUNNER
Sharon J. Brunner (SBN: 229931)
14393 Park Avenue, Suite 101
Victorville, CA 92392
(760) 243-9997 –Telephone
(760) 843-8155 – Facsimile
Email: sharonjbrunner@yahoo.com

LAW OFFICE OF JAMES S. TERRELL
James S. Terrell. (SBN: 170409)
15411 Anacapa Road
Victorville, CA 92392
(760) 951-5850 – Telephone
(760) 951-1085 – Facsimile
Email: jim@talktoterrell.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE BERMUDEZ,<br><br>              Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, AMIR AWAD, GAETANO NICASSIO, and DOES 3-10, INCLUSIVE.<br>              Defendants. | Case No.: 5:20-cv-00438-JGB-SHK<br><br>[*Hon. Jesus G. Bernal*]<br><br>**JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND HIS COMPLAINT** |

1  TO THIS HONORABLE COURT:

2  IT IS HEREBY STIPULATED by and between Plaintiff Juan Bermudez and
3  Defendant County of San Bernardino ("the Parties"), by and through their respective
4  attorneys of record, as follows:

5  1. Plaintiff filed his First Amended Complaint on July 1, 2020.  Subsequently,
6  after the parties exchanged their initial disclosures, Plaintiff discovered information
7  indicating that Deputies Amir Awad and Gaetano Nicassio were the County of San
8  Bernardino sheriff's deputies who shot Plaintiff on the date of the incident giving
9  rise to this lawsuit.  Plaintiff also discovered that the currently-named individual
10 defendants did not use force against Plaintiff during the incident giving rise to this
11 lawsuit.  Plaintiff has not yet had an opportunity to review the investigation file
12 pertaining to the incident giving rise to this lawsuit.

13 2. The Parties agree that Plaintiff may file an amended complaint naming
14 Amir Awad and Gaetano Nicassio and dismissing the currently-named individual
15 defendants, M. Izqulerdo and N. Sousa.  The parties also agree that Plaintiff's
16 amended complaint shall comport with this Court's August 26, 2020 Order (Dkt.
17 No. 19) on Defendants' Motion to Dismiss portions of Plaintiff's First Amended
18 Complaint.  A copy of Plaintiff's proposed Second Amended Complaint is attached
19 hereto as "Exhibit A."

```
 1  IT IS SO STIPULATED.
 2
 3
 4  DATED:  February 11, 2021        LAW OFFICES OF DALE K. GALIPO
 5
 6
 7                                   By /s/ Dale K. Galipo
                                        Dale K. Galipo
 8                                      Renee V. Masongsong
                                        Attorney for Plaintiff
 9
10
11
    DATED: February 11, 2021         MANNING & KASS ELLROD, RAMIREZ,
12                                   TERESTER LLP
13
14
                                     By /s/ Eugene P. Ramirez
15                                      Eugene P. Ramirez
                                        Lynn Carpenter
16                                      Attorney for Defendants
```