Eugene P. Ramirez (State Bar No. 134865)
*epr@manningllp.com*
Lynn Carpenter (State Bar No. 310011)
*llc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, COUNTY OF
SAN BERNARDINO, DEPUTIES
AMIR AWAD and GAETANO
NICASSIO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUAN JOSE BERMUDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO,<br>AMIR AWAD, GAETANO<br>NICASSIO, and DOES 2-10,<br>INCLUSIVE,<br><br>        Defendants. | Case No. 5:20-CV-438 JGB (SHKx)<br><br>**NOTICE OF SETTLEMENT** |

## TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 16 and 40, as well as United States District Court, Central District of California Local Rule 40-2, Plaintiff JUAN BERMUDEZ ("Plaintiff") and defendant COUNTY OF SAN BERNARDINO, ("Defendant"), by and through their attorneys of record, hereby stipulate for/to and jointly request, as follows: the parties have agreed to resolve all of the contested claims in the above-entitled matter – subject to the Plaintiff's execution of a mutually acceptable written release of all claims and the dismissal of defendants Amir Awad and Gaetano Nicassio from the action such that the settlement proceeds as

**NOTICE OF SETTLEMENT**

1    between Plaintiff and the County only.

2         In the interim, the parties jointly recommend and request that the honorable

3    Court **vacate** the current Trial and remaining pre-trial dates/deadlines – including the

4    previously scheduled <u>January 4, 2022</u> Trial date (and all other relevant dates and case

5    management deadlines).  In the unlikely event that the parties fail to file a stipulation

6    for dismissal with prejudice as to the entire action by <u>March 31, 2022</u>, the parties

7    jointly recommend that the honorable Court set a status conference thereafter to

8    determine if any subsequent action or scheduling is warranted.

9

10    DATED:  December 23, 2021          **MANNING & KASS**

11                                      **ELLROD, RAMIREZ, TRESTER LLP**

12

13                                      By:      /s/ *Eugene P. Ramirez*

14                                      Eugene P. Ramirez

15                                      Lynn L. Carpenter

16                                      Attorneys for Defendants, COUNTY OF

17                                      SAN BERNARDINO, DEPUTIES AMIR

                                        AWAD and GAETANO NICASSIO

18

19    DATED:  December 23, 2021          **LAW OFFICES OF DALE K. GALIPO**

20

21                                      By:    /s/ *Dale K. Galipo*

22                                      Dale K. Galipo, Esq.

23                                      Renee Masongsong, Esq.

                                        Rahnee Lee, Esq.

24                                      Attorneys for Plaintiff, JUAN

                                        BERMUDEZ

25

26

27

28