1  Eugene P. Ramirez (State Bar No. 134865)
    *epr@manningllp.com*
2  Lynn Carpenter (State Bar No. 310011)
    *llc@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendants COUNTY OF SAN BERNARDINO, and DEPUTIES AMIR AWAD and GAETANO NICASSIO
8
9                  UNITED STATES DISTRICT COURT
10           CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUAN JOSE BERMUDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, AMIR AWAD, GAETANO NICASSIO, and DOES 2-10, INCLUSIVE,<br><br>    Defendants. | Case No. 5:20-CV-438 JGB (SHKx)<br>[Honorable Jesus G. Bernal]<br><br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**TO THE HONORABLE COURT:**

    Plaintiff, JUAN BERMUDEZ ("Plaintiff"), and defendant COUNTY OF SAN BERNARDINO ("County"), through their respective attorneys of record, hereby stipulate and jointly request that the Court enter an order dismissing the entire civil action, and all remaining causes of action, claims, and parties therein, with prejudice along the following lines.

///

///

///

1

**GOOD CAUSE STATEMENT.**

1. On December 19, 2021 defendant COUNTY OF SAN BERNARDINO and plaintiff JUAN BERMUDEZ entered into a settlement agreement in the above-referenced matter. As a term and condition of the settlement agreement, the parties agreed to the dismissal of defendant Deputies AMIR AWAD and GAETANO NICASSIO, and all remaining causes of action and/or claims alleged against them without prejudice until after the settlement was fully consummated.

2. On January 20, 2022, pursuant to the stipulation of the parties, the Court entered an order dismissing defendant Deputies AMIR AWAD and GAETANO NICASSIO, and all remaining causes of action and/or claims alleged against them without prejudice until the settlement was finalized [Doc. 96.]

3. The settlement of this matter is now finalized. Plaintiff has executed a release of claims that resolves all claims, including attorneys' fees and costs arising out of this action; and the County has delivered a settlement check for plaintiff to plaintiff's counsel.

4. In light of the foregoing, the parties hereby stipulate that there is Good Cause to dismiss with prejudice the entire action and all remaining claims and parties therein.

**STIPULATION FOR DISMISSAL.**

5. Therefore, in light of all of the foregoing, the parties hereby stipulate to, and respectfully request that the Court issue an appropriate Order giving effect to the following dismissals **with prejudice** as to all of plaintiff's remaining claims in this action:

6. Plaintiff hereby stipulates (and the signatory parties stipulate) to dismiss with prejudice all of plaintiff's claims against defendant COUNTY OF SAN BERNARDINO in their entirety.

7. Plaintiff hereby stipulates and respectfully requests that the Court issue an Order to **dismiss with prejudice the entire action** – including all claims by the

plaintiff against any and all defendants, DOES and/or parties thereto, including all remaining claims against any parties to the above entitled lawsuit.

8. The parties hereby stipulate and respectfully request that the Court enter an order such that the previous dismissal of defendant Deputies AMIR AWAD and GAETANO NICASSIO, and all claims alleged against them, is now with prejudice.

9. It is further stipulated, by the parties, that this dismissal constitutes a mutual waiver of all costs, court fees, and attorneys' fees arising out of claims between plaintiff and defendant.

10. This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

11. [Signature Attestation.] Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), the undersigned hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that each has obtained authorization from each party's counsel to affix their electronic signatures to this document.

**IT IS SO STIPULATED.**

DATED: February 17, 2022        **MANNING & KASS**
                                **ELLROD, RAMIREZ, TRESTER LLP**


                                By:     /s/ *Lynn L. Carpenter*
                                ─────────────────────────────
                                Eugene P. Ramirez
                                Lynn L. Carpenter
                                Attorneys for Defendant, COUNTY OF SAN BERNARDINO

4877-9318-9391.1

3

| | | |
|---|---|---|
| DATED:  February 17, 2022 | | **LAW OFFICES OF DALE K. GALIPO** |
| | By: | /s/ *Dale K. Galipo* |
| | | Dale K. Galipo, Esq. |
| | | Renee Masongsong, Esq. |
| | | Rahnee Lee, Esq. |
| | | Attorneys for Plaintiff, JUAN BERMUDEZ |

4877-9318-9391.1

4