UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JUAN JOSE BERMUDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN BERNARDINO, AMIR AWAD, GAETANO NICASSIO, and DOES 2-10, INCLUSIVE,<br><br>  Defendants. | Case No. 5:20-CV-438 JGB (SHKx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. All of plaintiff's claims against defendant COUNTY OF SAN BERNARDINO are dismissed with prejudice.

2. The entire action – including all claims by plaintiff against any and all defendants, DOES and/or parties thereto, including all remaining claims against any parties to the above entitled lawsuit, is dismissed with prejudice.

3. The previous dismissal of defendant Deputies AMIR AWAD and GAETANO NICASSIO, and all claims alleged against them, is now **with prejudice**.

4. Pursuant to the stipulation of the parties, this dismissal constitutes a mutual waiver of all costs, court fees, and attorneys' fees arising out of these claims between plaintiff and the COUNTY OF SAN BERNARDINO.

**IT IS SO ORDERED.**

DATED: February 18, 2022

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE